# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

TOM SPENCER AND
DELORIS SPENCER                                                                            PLAINTIFFS

v.                                                          CIVIL ACTION NO.   4:18CV0092-SA-JMV

INTELLIFARMS, LLC, ET AL.                                                                DEFENDANTS

## ORDER STAYING CERTAIN PROCEEDINGS

This case comes before the Court pursuant to L.U.Civ.R. 16(b)(1)(B).   The rule provides that

> [a] motion to remand . . . will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand . . . issue and will stay the parties' obligation to make disclosures pending the court's ruling on the [remand] motion[]. . . .

The parties filed a joint motion to remand [13] on June 4, 2018.   Accordingly, it is

**ORDERED:**

That the proceedings enumerated in Local Rule 16(b)(1)(B) are hereby **STAYED** pending a decision on the motion to remand.   The parties shall notify the undersigned magistrate judge within seven (7) days of the Court's ruling in the event the motion to remand is denied.

**THIS**, the 5th day of June, 2018.

/s/ Jane M. Virden
U. S. Magistrate Judge